ELIOT S. HOWELL, an Infant, by LAURA B. LAISO, His Guardian ad Litem, Respondent, v. JOHN KOETTING, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ANNA McCAFFREY KRATCHE, as Administratrix, etc., of EDWARD MOORE, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order reversed upon the law and the facts and a new trial granted, costs to abide the event. The trial court erred in admitting the testimony of the witness Molloy, over objection and exception of the plaintiff, with respect to tests or observations made by that witness under conditions dissimilar to those prevailing at the time of the accident. (Green v. Long Island Railroad Co., 131 App. Div. 277; Parker v. Erie Railroad Company, 153 id. 938; Bretsch v. Plate, 82 id. 399.) The defendant's alleged negligence in the operation of its train in other respects is to be determined in the light of the ordinance which disabled defendant from having recourse to the locomotive whistle to warn wayfarers. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

ELIX KRAVITZ, Respondent, v. ANNA LEVY and Another, Defendants, and C. D. W. HOLDING CORPORATION, Appellant.— Judgment modified by eliminating costs, and as so modified unanimously affirmed, without costs. We are of opinion that in this action to foreclose a mechanic's lien against real property, brought in the Supreme Court, Kings county, the plaintiff is not entitled to costs, since the action could have been brought in the City Court of the City of New York. (Civ. Prac. Act, § 1474.) While it is true that section 53 of the Lien Law provides that costs and disbursements shall rest in the discretion of the court and may be awarded to the prevailing party, this does not apply to cases in which the law withholds costs from the prevailing party. The conclusion of law is modified by striking therefrom the provisions for costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN J. LOWE, Respondent, v. PHILIP SWIRSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MARY E. LOWE, Respondent, v. PHILIP SWIRSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.